UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 JAMES ROBERT LIANG,

Defendant.

Criminal No. 16-CR-20394-1

Honorable Sean F. Cox




**GOVERNMENT'S UNOPPOSED MOTION**
**TO UNSEAL INDICTMENT AND RELATED DOCUMENTS**

The United States of America hereby moves for an order unsealing the following court records on the ground that there no longer is a compelling or overriding law enforcement interest in keeping them sealed: Indictment of James Robert Liang returned June 1, 2016; Liang's Acknowledgement of Indictment, Bond Papers and Speedy Trial Act Waiver dated June 9, 2016; and the hearing records associated with Liang's Initial Appearance, Arraignment, Bond Proceedings and Speedy Trial Act Waiver dated June 9, 2016. The United States further requests that the "*Sealed v. Sealed*" caption be replaced with the case-caption listing the parties, above.

Liang and his attorney do not oppose this motion to unseal.

WHEREFORE, the government requests the Court to issue an order unsealing the aforementioned records.

Respectfully submitted,

MARK CHUTKOW
Chief, Criminal Division
JOHN K. NEAL
Chief, Economic Crimes Unit
Assistant United States Attorney
Eastern District of Michigan

JENNIFER L. BLACKWELL
Trial Attorney
Environment & Natural Resources
Div., Environmental Crimes Section
United States Department of Justice

BENJAMIN D. SINGER
Chief, Securities & Financial Fraud
ALISON L. ANDERSON
Trial Attorney
Criminal Division, Fraud Section
United States Department of Justice

Dated: September 9, 2016

**CERTIFICATE OF SERVICE**

I, Mark Chutkow, hereby certify that on September 8, 2016, I delivered a copy of this motion via email to counsel for the defendant set forth below.

DANIEL V. NIXON
Counsel for Defendant James Liang
Byrne & Nixon LLP
888 West 6th Street, Suite 1100
Los Angeles, CA 90017

MARK CHUTKOW
Chief, Criminal Division
JOHN K. NEAL
Chief, Economic Crimes Unit
Assistant United States Attorney
Eastern District of Michigan

Dated: September 9, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 JAMES ROBERT LIANG,

Defendant.

Criminal No. 16-CR-20394-1

Honorable Sean F. Cox




**ORDER TO UNSEAL INDICTMENT AND RELATED DOCUMENTS**

The government, having file an unopposed motion to unseal certain court records relating to defendant James Robert Liang, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the following court records shall be unsealed on the ground that there no longer is a compelling or overriding law enforcement interest in keeping them sealed: Indictment of James Robert Liang returned June 1, 2016; Liang's Acknowledgement of Indictment, Bond Papers and Speedy Trial Act Waiver dated June 9, 2016; and the hearing records associated with Liang's Initial Appearance, Arraignment, Bond Proceedings and Speedy Trial Act Waiver dated June 9, 2016.

IT IS FURTHER ORDERED that the "*Sealed v. Sealed*" caption shall be replaced with the case-caption listing the parties, above.

Dated: September 9, 2016

SEAN F. COX
United States District Judge